UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:__  10/7/2024
```

Vives, et al.,

                                        Plaintiffs,

                -against-                                    **ORDER RE STATUS CONFERENCE**

Newburgh Society for the Prevention                          7:24-cv-1244 KMK-VR
Of Cruelty to Animals, et al.,

                                        Defendant.
----------------------------------------------------------------X


**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **December 4, 2024   at
10:30 am**. The parties are to dial in to the ATT conference line at 877-336-1839, enter access
code 5999739, then # to enter the conference. At the Status Conference, the parties should be
prepared to discuss the following:

        (1) a brief summary of claims, defenses, and relevant issues;
        (2) the basis of subject matter jurisdiction;
        (3) the subjects on which discovery may be needed;
        (4) any anticipated discovery disputes or sought-after limitations on discovery;
        (5) any plans for electronic discovery and ESI protocols;
        (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
        (7) any anticipated motions; and
        (8) the prospects and timing for early settlement or resolution.

        **SO ORDERED.**

DATED:        White Plains, New York
              October 7, 2024


                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge