UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Vives, et al.,

                                     Plaintiff(s),

                -against-

Newburgh Society for the Prevention of
Cruelty to Animals et al.,

                                    Defendant(s).
------------------------------------------------------------------X

**ORDER**

**7:24-cv-1244 KMK-VR**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

**Please note the new dial in information for Judge Reznik's telephone conferences:**

As of December 1, 2024, all telephone conferences will be conducted on Cisco Webex unless otherwise noted.

Dial into **855-244-8681;  enter Meeting ID 2310 527 2044 and then # to enter the meeting**.

Please use this number for the conference on 12/5/24 at 10:30 AM.

        SO ORDERED.

DATED:    White Plains, New York
                December 3, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge