USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Vives, et al.,**

                         Plaintiffs,

       -against-

**Newburgh Society for the Prevention of Cruelty to Animals**,
**Et al.,**

                         Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:24-cv-1244 KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for **April 22, 2025 at 11:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

     SO ORDERED.

DATED:      White Plains, New York
                April 1, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge