USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Vives et al.,**

                            Plaintiffs,

            -against-

**Newburgh Society for the Prevention of Cruelty to Animals et al.,**

                            Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:24-cv-1244 KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **June 11, 2025 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

      **SO ORDERED.**

DATED:     White Plains, New York
               May 27, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge