USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Vives, et al.,

                                        Plaintiffs,                                    24-cv-1244

                    -against-                                                          **ORDER**

Newburgh Society for the Prevention of Cruelty to Animals, et al.,
                                        Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On June 25, 2025, the Court directed the parties to submit a letter to the Court by no later than July 31, 2025. (ECF No. 78). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **August 8, 2025**.

**SO ORDERED.**

DATED:     White Plains, New York
           August 1, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

1