UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Vives et al,

                       Plaintiffs,

    -against-

Newburgh Society for the Prevention of Cruelty to Animals et al,

                       Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:24-cv-1244 KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **August 13, 2025 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

    **SO ORDERED.**

DATED:    White Plains, New York
              August 8, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge