UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Vives, et al.,

                            Plaintiffs,                    24-cv-1244

            -against-                    **ORDER**

Newburgh Society for the Prevention of Cruelty to Animals, et al.,
                            Defendants.
----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On August 26, 2025, the Court directed the Plaintiff to submit an affidavit (filed on the docket) averring that there are no responsive documents left to produce by September 5, 2025 (ECF No. 93). The Court has not yet received any such letter. The Plaintiff is reminded to submit this affidavit, which is now due by **September 11, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
                  September 8, 2025

                                                _____
                                                VICTORIA REZNIK
                                                United States Magistrate Judge